IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIS LEE JOHNSON,** | CIV S-05-2460 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's November 17, 2006 request for an opportunity to file a belated reply to opposition is granted and Respondent is granted an extension of time to and including December 18, 2006, in which to file a reply to the Opposition to Respondent's Motion to Dismiss filed by Petitioner on June 15, 2006.

DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/john2460.eotreply